Scott N. Johnson
5150 Fair Oaks Blvd, Suite 101
Carmichael, California 95608

Attorney for Plaintiff, SCOTT N. JOHNSON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | ) CASE NO. Civ. S-06-2517 WBS |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| v. | ) **AND ORDER THEREON** |
| DENNY'S, INC., | ) |
| Defendant. | ) **F.R.Civ.P. 41(a)(1)** |

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff, SCOTT N. JOHNSON and Defendant DENNY'S, INC., through their attorneys' undersigned, stipulate and agree that above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear their own costs and attorneys' fees as per Settlement Agreement.

-2-

| | | |
|---|---|---|
| 1 | DATED: January 8, 2007 | |
| 2 | | |
| 3 | | By:   SCOTT N. JOHNSON |
| 4 | | /s/ SCOTT N. JOHNSON |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | DATED: January 10, 2007 | HARRINGTON, FOXX, DUBROW & CANTER, LLP |
| 9 | | |
| 10 | | By:   HENRY A. WIRTA, JR. |
| 11 | | /s/ HENRY A. WIRTA, Jr.<br>Attorneys for DENNY'S, INC. |

## ORDER

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice.

DATED: January 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE